**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SAYED FAHIM AHMADI #A246-563-026** | **CASE NO. 1:26-CV-03453 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JONATHAN CRAWFORD ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MEMORANDUM ORDER**

Presently before the Court is the Emergency Motion to Stay Removal [ECF No. 17] purportedly filed by Petitioner. The Motion has been marked by the clerk of court as deficient as it does not contain a signature of the Petitioner as required by Federal Rule of Civil Procedure 11. The Motion must be denied for that reason.

In the event that the deficiency is cured, the Court will address the merits of the Motion. Preliminary injunctive relief is an "extraordinary remedy" that should only be granted if the movant has "clearly carried the burden of persuasion" on the following four elements: (1) a substantial likelihood that the movant will prevail on the merits; (2) a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) granting the injunction will not disserve the public interest.[1] The decision to grant preliminary injunctive relief "is to be treated as the exception rather than the rule."[2] The Court has reviewed the Motion and finds that Petitioner has failed to demonstrate a likelihood of success on the merits. Accordingly,

---

[1] *Miss. Power & Light Co. v. United Gas Pipe Line Co*., 760 F.2d 618, 621–22 (5th Cir.1985); *see also Perez v. City of San Antonio*, 163 F.4th 110, 118 (5th Cir. 2025).
[2] *Miss. Power & Light Co.* at 621.

IT IS ORDERED THAT the Emergency Motion to Stay Removal [ECF No. 17] is DENIED.

THUS DONE in Chambers on this 30th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE